BRUCE LOCKE (#177787)
Moss & Locke
800 Howe Avenue, Suite 110
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
CEDRIC ROBERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No.   CR. S-10-211 GEB |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE THE |
| | ) | SENTENCING HEARING |
| v. | ) | FROM APRIL 27, 2012 TO |
| | ) | MAY 18, 2012 AT 9:00 A.M. |
| CEDRIC ROBERSON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

IT IS HEREBY STIPULATED AND AGREED between Cedric Roberson, by and through his undersigned defense counsel, and the United States of America, by and through its counsel, Assistant U.S. Attorney Jared Dolan, that the sentencing presently set for April 27, 2012 should be continued to May 18, 2012 at 9:00 a.m.

The reason for the continuance is that the defense and the government are attempting to resolve sentencing issues and the government needs additional time to present certain information to defense counsel and both counsel need the additional time to attempt to resolve the issues. Mr. Dolan has authorized Mr. Locke to sign this pleading for him.

DATED: April 25, 2012                    /S/ Bruce Locke
                                         BRUCE LOCKE
                                         Attorney for Cedric Roberson

DATED: April 25, 2012                    /S/ Bruce Locke
                                         For JARED DOLAN
                                         Attorney for the United States

1

IT IS SO ORDERED.

Dated: April 25, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge