BENJAMIN B. WAGNER
United States Attorney
JARED C. DOLAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:10-cr-211 GEB |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE AND RESCHEDULING MOTION HEARING |
| CEDRIC ROBERSON, | |
| Defendant. | |

**STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE AND RESCHEDULING MOTION HEARING**

The United States of America, by and through the undersigned assistant United States attorney, and defendant Cedric Roberson, by and through counsel, stipulate and agree as follows:

1. The United States response to defendant Cedric Roberson's motion for release pending appeal shall be filed no later than November 23, 2012.

2. The defendant's optional reply shall be filed no later than November 30, 2012.

3. The hearing on the defendant's motion, currently scheduled for November 16, 2012, shall be held December 7, 2012, at 9:00 a.m.

1

1  in Courtroom 10 before the Honorable Garland E. Burrell, Jr.
2
3                                    Respectfully Submitted,
4                                    BENJAMIN B. WAGNER
                                     United States Attorney
5
   Date: 11/13/12                    /s/ Jared Dolan
6                                    By: JARED C. DOLAN
                                     Assistant United States Attorney
7
8  Date: 11/13/12                    /s/ Jared Dolan for
                                     BRUCE LOCKE
9                                    Attorney for Defendant
                                     CEDRIC ROBERSON
10
11     **SO ORDERED.**

12 Dated:  November 13, 2012

13
                                     _____
14                                   GARLAND E. BURRELL, JR.
                                     Senior United States District Judge

2