BRUCE LOCKE (#177787)
Moss & Locke
800 Howe Avenue, Suite 110
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
CEDRIC ROBERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No.  CR. S-10-211 GEB |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION TO AMEND |
| | ) | MR. ROBERSON'S DATE FOR |
| v. | ) | SELF-SURRENDER FROM |
| | ) | JANUARY 11, 2013 TO FEBRUARY |
| CEDRIC ROBERSON, et al., | ) | 1, 2013 |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS HEREBY STIPULATED AND AGREED between Cedric Roberson, by and through his undersigned defense counsel, and the United States of America, by and through its counsel, Assistant U.S. Attorney Jared Dolan, that the date for Mr. Roberson to self-surrender to the facility designated by the Bureau of Prisons should be changed from January 11, 2013 to February 1, 2013. The reason for the change is that Mr. Roberson is the care-taker and guardian ad litum of two minors who live with him and who have a court hearing on January 29, 2013 to obtain court approval of a settlement of a lawsuit that they are involved in and Mr. Roberson is required to be present so that the case can be settled. Mr. Locke and Mr. Dolan reached this agreement on December 26, 2012 but decided not to file the Stipulation and Proposed Order until after the Ninth Circuit Court of Appeals had ruled on the defense motion for release pending appeal.  Mr. Dolan has authorized Mr. Locke to sign this pleading for him.

DATED: January 11, 2013             /S/ Bruce Locke
                                    BRUCE LOCKE
                                    Attorney for Cedric Roberson

1

DATED: January 11, 2013

/S/ Bruce Locke
For JARED DOLAN
Attorney for the United States

IT IS SO ORDERED.

Dated: January 11, 2013

GARLAND E. BURRELL, JR.
Senior United States District Judge