BRUCE LOCKE (#177787)
Moss & Locke
800 Howe Avenue, Suite 110
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
CEDRIC ROBERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.   CR. S-10-211 GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION TO AMEND |
| | ) | MR. ROBERSON'S DATE FOR |
| v. | ) | SELF-SURRENDER FROM |
| | ) | FEBRUARY 1, 2013 to February 8, |
| CEDRIC ROBERSON, et al., | ) | 2013 |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED AND AGREED between Cedric Roberson, by and through his undersigned defense counsel, and the United States of America, by and through its counsel, Assistant U.S. Attorney Jared Dolan, that the date for Mr. Roberson to self-surrender to the facility designated by the Bureau of Prisons should be changed from February 1, 2013 to February 8, 2013. The reason for the change is that Mr. Roberson is the care-taker and guardian ad litum of two minors who have lived with him and his mother for several years. Mr. Roberson is in the process of arranging a place to live for each of the girls. This requires that he obtain school and medical records so that their new schools and day-care centers will accept them.  Due to his limited means and limited support from him family, Mr. Roberson needs another week to get the two girls situated. Mr. Roberson understands that this is the absolute last extension that he will receive and he understands that he must self-surrender on February 8, 2013 or he will face additional charges that could lead to a prison term that would be consecutive to the term that he is now facing.  Mr. Dolan has authorized Mr. Locke to sign this pleading for him.

1

1  DATED: January 30, 2013                    /S/ Bruce Locke
                                              BRUCE LOCKE
2                                             Attorney for Cedric Roberson

3

4  DATED:  January 30, 2013                   /S/ Bruce Locke
                                              For JARED DOLAN
5                                             Attorney for the United States

6

7

8

9
        IT IS SO ORDERED.
10

11 Dated:  January 30, 2013

12
                                       _____
13                                     GARLAND E. BURRELL, JR.
                                       Senior United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

29                                            2